UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

In re: **Sanderoff**

Case No. **10-12938**
Chapter 13

## OBJECTION TO CONFIRMATION

Upon conclusion of the §341 meeting conducted this date, Ellen W. Cosby, Chapter 13 Trustee, files this Objection to Confirmation of the proposed plan, based upon the following issues that must be resolved by the Debtor(s):

[✓] Necessary documentation remains outstanding:
  [✓] Income documentation (for **C.S. and alimony income**)
  [ ] Property Valuation  [ ] Deed   [ ] Tax Returns ( )
  [ ] Other:

[ ] The Debtor(s) must file tax returns due for _____.

[ ] Debtor(s) must timely resolve questions regarding the status and/or valuation of the lien(s) held/asserted by:

[✓] Debtor(s) must file:
  [✓] Amended Schedule(s): **E; the amount of taxes is certainly known & Sch E must properly quantify them. Add'l taxes are now due for '09**
  [✓] An Amended Plan to: [✓] adjust funding, [✓] to provide for: **excessive expenses & significant household income will support a far greater payment than the one proposed. Cover & fund tax debt**
[ ] Other:

Unless otherwise noted, the above matters must be resolved no later than: **4/6**

[ ] Proper notice under the Local Bankruptcy Rules must be provided within ten (10) days to the creditor(s) omitted from the original mailing matrix:

I CERTIFY that a copy of this Objection was hand-delivered at the Office of the U.S. Trustee on **3/25**, 20**10** to the Debtor(s) and counsel for the Debtor(s).

*Ellen W Cosby*
Ellen W. Cosby, Chapter 13 Trustee